## JAMES MAY *versus* SAMUEL STERNS

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Rule to join in error, or judgment *p. 483. *Journal 4:* (2) Judgment reversed MS p. 56.
PAPERS IN FILE: (1) Affidavit, petition and precipe for certiorari, allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error; (5) points of error; (6) bill of costs; (7–10) receipts for costs.
*1824–36 Calendar*, MS p. 24. Recorded in *Book C*, MS pp. 36–41.